IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| COURTNEY TAYLOR, individually, and on behalf of all others similarly situated,<br><br>     *Plaintiff*,<br><br>*v.*<br><br>ECP BUSINESS CAPITAL LLC, a Wyoming registered corporation,<br><br>     *Defendant.* | Case No. 5:24-cv-00167-DCR<br><br>**CLASS ACTION** |

## <u>JOINT STATUS REPORT</u>

Plaintiff Taylor and Defendant ECP Business Capital LLC submit the following joint status report:

1. The parties exchanged initial disclosures pursuant to Fed. R. Civ. P. 26.

2. The parties are preparing for their private mediation on December 10, 2025.

3. The parties are working well with each other and see no issues that currently need to be addressed by the Court.

Dated: December 1, 2025

Respectfully Submitted,

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman *Pro Hac Vice*
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Jennifer R. Hall
Hall Legal Group, PLLC
306 W. Dixie Avenue
Elizabethtown, KY 42701
O: (270) 360-0470

*Attorneys for Plaintiff and the putative Class*

*/s/ Casey C. Stansbury*
Casey C. Stansbury
Kinkead & Stilz, PLLC
301 East Main Street, Suite 800
Lexington, KY 40507
Telephone: (859) 296-2300
Facsimile: (859) 296-2566
cstansbury@ksattorneys.com

*Counsel for Defendant*